# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LEROY H. STEVENSON**  PETITIONER
**ADC #093169**

v.  Case No. 1:18-cv-00006-KGB/BD

**WENDY KELLEY,** *Director*  RESPONDENT
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Leroy H. Stevenson's petition without prejudice and denies the requested relief.

So adjudged this the 4th day of September, 2018.

Kristine G. Baker
United States District Judge